IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00825-MSK-MJW

LISA DAWN GOLD,

Plaintiff(s),

v.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint to Add Claim for Bad Faith and to Amend Scheduling Order Regarding Damages and Claims (docket no. 12) is GRANTED finding good cause shown and finding no objection by Defendant. The Amended Complaint (docket no. 12-1) is accepted for filing as of the date of this minute order. The Rule 16 Scheduling Order is amended by removing "The parties agree to an appraisal process under the policy of insurance involving the claim" in paragraph 4. Undisputed Facts sub-paragraph d.

Date: July 21, 2010