## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 10-cv-00825-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** September 10, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| LISA DAWN GOLD, | Keith E. Frankl |
| | (by telephone) |
| Plaintiff(s), | |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | Kimberle E. O'Brien |
| | (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC MOTION HEARING
**Court in Session:** 10:45 a.m.
Court calls case. Appearances of counsel.

The Court raises the parties' Stipulated Motion to Submit Underlying Insurance Claim to Appraisal Process; for Resolution of Challenges to Selected Appraisers; and for Stay of Litigation and Discovery Pending Resolution of Appraisal [Docket No. **20,** Filed September 07, 2010] for consideration.

Parties clarify the intent of the motion regarding selecting appraisers, appraisers selecting an umpire, and if appraisers cannot agree on umpire, court will select umpire.
Parties clarify the time frames regarding filing challenges by September 17, 2010, any responses filed by September 27, 2010, then the issue would be ripe for the court to rule on challenges.

| | |
|---|---|
| **It is ORDERED:** | The parties' Stipulated Motion to Submit Underlying Insurance Claim to Appraisal Process; for Resolution of Challenges to Selected Appraisers; and for Stay of Litigation and Discovery Pending Resolution of Appraisal [Docket No. **20,** Filed September 07, 2010] is **GRANTED** for reasons as set forth on the record. |
| | The Court adopts paragraphs 6. A., B. C. D. and E. as set forth on Pages 2 and 3 of Docket No. 20. |
| **It is ORDERED:** | All discovery is STAYED pending resolution of the appraisal process, or until further order of the court. |

Discussion is held regarding the parties' motion to continue settlement conference.

**It is ORDERED:** Parties' Unopposed Motion to Continue Settlement Conference [Docket No. **22,** Filed September 07, 2010] is **GRANTED.**

Settlement Conference September 13, 2010 at 10:00 a.m. is VACATED.

**It is ORDERED:** A **TELEPHONIC STATUS CONFERENCE** is set **NOVEMBER 16, 2010 at 8:30 a.m.**

All participating parties are to be on the call *before* the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.
Topics of discussion will include:
(1) any need to set Settlement Conference
(2) status of the appraisal process
(3) any amendments to the deadlines set in the Scheduling Order [Docket No. 10] needed.

Hearing concluded.
**Court in recess:** 11:07 a.m.
Total In-Court Time 00: 22

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.