IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00825-MSK-MJW

LISA DAWN GOLD

    Plaintiffs,

v.

STATE FARM FIRE & CASUALTY COMPANY

    Defendants.

**ORDER RE: UNOPPOSED MOTION TO STAY SUBMISSIONS TO APPRAISERS**
( Docket no. 43 )

Plaintiff's Unopposed Motion to Stay Submissions to Appraisers is GRANTED.

The parties' submissions to the appraisers are stayed until after Judge Krieger rules on Plaintiff's objections to the Magistrate Judge's Order.

DATED this 11th day of January, 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1