IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 10-cv-0825-RBJ-MJW

LISA DAWN GOLD,

      Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY,

      Defendant.

---

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **four day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 12, 2013 at 9:00 a.m.** The fourth day of trial, November 15, 2013, will begin at 11:00 a.m. if necessary as plaintiff's counsel has noted he has a potential conflict with a previously scheduled pre-trial conference in an unrelated matter.

      A Trial Preparation Conference is set for **October 10, 2013 at 4:00 p.m.** Counsel who will try the case shall attend in person.

      During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

      For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 21st day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge